**Opinion issued September 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00701-CV**

————————————

**IN RE SERIFAT BISUGA, ERIC DICK, DICK LAW FIRM, PLLC, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators Serifat Bisuga, Eric Dick, and the Dick Law Firm, PLLC[1] filed a petition for writ of mandamus, challenging the trial court's failure to rule on their motions to dismiss pursuant to Texas Rule of Civil Procedure 91a and Texas Civil Practice and Remedies Code § 27.003.

---

[1] The underlying case is *Serifat Bisuga and Eric Dick v. Standard Casualty Company*, cause number 1231520, pending in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Manpreet Monica Singh presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.